Case: 1:25-cv-01141 Document #: 1 Filed: 02/03/25 Page 1 of 6 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Disgrase Felyer _____ , <br><br> Plaintiff(s), <br><br> vs. <br><br> Illinois Commerce Commission _____ , <br><br> Defendant(s). | FILED <br> FEB 03 2025 SMB <br> THOMAS G. BRUTON <br> CLERK, U.S. DISTRICT COURT <br><br> Case No. <br><br> 25-cv-1141 <br> Judge Franklin U. Valderrama <br> Magistrate Judge Daniel P. McLaughlin <br> CAT2 <br> RANDOM |

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Disgrase Felyer _____ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Police Officer John Geisbush**, is
(name, badge number if known)

☒ an officer or official employed by **Illinois Commerce Commission**;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **N/A**_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **2-16-23**, at approximately **9:00** ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____
**Arlington Heights**_____, in the County of **Cook**_____,
State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: **denied me my right of equal protection under the law**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: **(Leave blank if no custom or policy is alleged):** ~~what~~ ICC policy which claims to have no jurisdiction to enforce Chapter 18A of the Illinois Vehicle Code when a relocator violates said Chapter when requested to tow a car by law enforcement..

8. Plaintiff was charged with one or more crimes, specifically:

    N/A

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows N/A

    _____.

    ☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Aattached in a typed paragraph 10

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I have to spend money out of my pocket and go through the expense and complicated process to seek relief in the county court instead of receiving relief in an ICC Administrative Hearing.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

10. I filed a complaint against Hillside Transportation LLC (which is located in Cook County) with the Illinois Commerce Commission. In my complaint I alleged many violations of the Illinois Vehicle Code. Hillside is licensed as a commercial safety relocator under said code and is required by law to follow said code when it tows cars. The Illinois General Assembly gave the duty and obligation to enforce said code to the ICC. The ICC refuses to investigate and enforce violations of said code when the police request the tow. The ICC claims to have no jurisdiction once the tow was requested by the police. I have sent FOIA requests to the ICC requesting the authority that they are acting under to back up said claim and I received no such citation. I have searched the IVC and the ICC's Title 92 Part 1715 looking for citations to support their claim and I found none. Under this logic a licensed commercial safety relocator can tow a car without proper statutory required insurance, give out illegal receipts, commit fraud, and break any law they want to and the ICC has no jurisdiction because the police requested the tow. What we have here is a system where certain persons have more rights than other. Persons who are victims of illegal practices committed by a licensed commercial safety relocator can seek relief in an ICC Administrative Hearing (I believe is free) and the other victims whose tow was requested by a police officer have to go to the expense and complicated county courts for relief. All persons are guaranteed equal protection under the law. This is a violation of my right to equal protection under the law.

Case: 1:25-cv-01141 Document #: 1 Filed: 02/03/25 Page 6 of 6 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Din Sellh

Plaintiff's name *(print clearly or type)*: Disgrase Felyer

Plaintiff's mailing address: 1360 w. Northwest Hwy

City Mount Prospect   State IL   ZIP 60056

Plaintiff's telephone number: (773) 272-8839

Plaintiff's email address *(if you prefer to be contacted by email)*: rfr61974@gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*
1: 24-cv-12492
1: 24-cv-12493

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5